IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Citizens Insurance Company of America

Plaintiff(s),

v.

Mullins Food Products Inc., et al,

Defendant(s).

Case No. 22 C 1334
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☑ in favor of plaintiff(s) Citizens Insurance Company of America
and against defendant(s) Mullins Food Products, Inc., Ricardo Galan
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso on a motion [82].

Date: 2/27/2024

Thomas G. Bruton, Clerk of Court

Lesley Fairley , Deputy Clerk