# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Citizens Insurance Company of America

Plaintiff(s),

v.

Mullins Food Products, Inc. et al,

Defendant(s).

Case No. 22 C 1334
Judge Jorge L. Alonso

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: The Court declares that Citizens Insurance Company of America has no duty to defend or indemnify Mullins Food Products, Inc. in the underlying lawsuit filed by Ricardo Galan in the Circuit Court of Cook County, Illinois, Case No. 2021 CH 898.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso.

Date: 5/9/2024

Jorge L. Alonso, United States District Judge